# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE HORSEHEAD HOLDING CORP. SECURITIES LITIGATION | Civil. Action No. 16-292-LPS-CJB<br>Consolidated<br>CLASS ACTION |

## PLAINTIFFS' UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT, (2) CERTIFICATION OF A SETTLEMENT CLASS, (3) APPROVAL OF NOTICE TO THE CLASS, AND (4) SCHEDULING OF A SETTLEMENT HEARING

Lead Plaintiffs Dyson Capital Management Ltd. and Raymond Cook (collectively "Lead Plaintiffs"), and Additional Plaintiff Ross O. Swimmer (with Lead Plaintiffs, "Class Plaintiffs"), respectfully move this Court for (i) preliminary approval of the proposed Settlement between Class Plaintiffs, on behalf of the Class, and defendants James M. Hensler and Robert D. Scherich (collectively "Defendants"); (ii) certification of a Settlement Class for purposed of effectuating the Settlement; (iii) approval of the form and manner of the settlement notice to persons and entities who are members of the Class ("Settlement Class Members"); and (iv) the scheduling of a hearing ("Settlement Hearing") on final approval of the Settlement and related matters.

This motion is made based upon the Stipulation and Agreement of Settlement, and its attached exhibits, submitted herewith.

Dated: January 5, 2021

FOX ROTHSCHILD LLP

 */s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE No. 3702)
Wali W. Rushdan II (DE No. 5796)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 442-7627
sliebesman@foxrothschild.com
wrushdan@foxrothschild.com

**Liaison Counsel for Lead Plaintiffs**

GLANCY PRONGAY& MURRAY LLP
Brian P. Murray (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
glinkh@glancylaw.com

**Lead Counsel for Lead Plaintiffs**

KRANENBURG
Werner R. Kranenburg (admitted *pro hac vice*)
80-83 Long Lane
London EC1A9ET
United Kingdom
Telephone: +44-20-3174-0365
werner@kranenburgesq.com

THE WAGNER FIRM
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

**Counsel for Lead Plaintiffs**