# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE HORSEHEAD HOLDING CORP. SECURITIES LITIGATION | Civil. Action No. 16-292-LPS-CJB<br>Consolidated<br>CLASS ACTION |

## MOTION FOR AN AWARD OF ATTORNEYS' FEES
## AND REIMBURSEMENT OF EXPENSES

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Preliminary Approval Order [ECF No. 187], Lead Plaintiffs Dyson Capital Management Ltd. and Raymond Cook (collectively "Lead Plaintiffs"), and Additional Plaintiff Ross O. Swimmer (with Lead Plaintiffs, "Class Plaintiffs"), respectfully move this Court for final approval of (i) an award of attorneys' fees to Lead Counsel, (ii) reimbursement of litigation expenses, and (iii) service awards to Mr. Dyson, Mr. Cook, and Mr. Swimmer to compensate them for time spent in this litigation.

This motion is made based upon the accompanying memorandum of law and the Declaration of Gregory Linkh and its attached exhibits, submitted herewith.

A proposed Judgment and Order granting the requested relief will be submitted with Class Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: April 30, 2021              FOX ROTHSCHILD LLP

                        By:    s/ Sidney S. Liebesman
                               Sidney S. Liebesman (DE #3702)
                               Wali Rushdan (DE # 5796)
                               Citizens Bank Center
                               919 North Market Street, Suite 300
                               Wilmington, DE 19899-2323
                               Telephone: (302) 442-7627
                               sliebesman@foxrothschild.com

                               **Liaison Counsel for Lead Plaintiffs**

GLANCY PRONGAY& MURRAY LLP
Brian P. Murray (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
glinkh@glancylaw.com

**Lead Counsel for Lead Plaintiffs**

KRANENBURG
Werner R. Kranenburg (admitted *pro hac vice*)
80-83 Long Lane
London EC1A9ET
United Kingdom
Telephone: +44-20-3174-0365
werner@kranenburgesq.com

THE WAGNER FIRM
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

**Counsel for Lead Plaintiffs**