# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE HORSEHEAD HOLDING CORP. SECURITIES LITIGATION | Civil. Action No. 16-292-LPS-CJB<br>Consolidated<br>CLASS ACTION |

## MOTION FOR (I) FINAL APPROVAL OF SETTLEMENT AND (II) PLAN OF ALLOCATION

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Preliminary Approval Order [ECF No. 187], Lead Plaintiffs Dyson Capital Management Ltd. and Raymond Cook (collectively "Lead Plaintiffs"), and Additional Plaintiff Ross O. Swimmer (with Lead Plaintiffs, "Class Plaintiffs"), respectfully move this Court for final approval of (i) the proposed Settlement between Class Plaintiffs, on behalf of the Class, and defendants James M. Hensler and Robert D. Scherich (collectively "Defendants"); and (ii) the Plan of Allocation.

This motion is made based upon the accompanying memorandum of law and the Declaration of Gregory Linkh and its attached exhibits, submitted herewith.

A proposed Judgment and Order granting the requested relief will be submitted with Class Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: April 30, 2021                         FOX ROTHSCHILD LLP

                                                    By:    *s/ Sidney S. Liebesman*
                                                                  Sidney S. Liebesman (DE #3702)
                                                                   Wali Rushdan (DE # 5796)
                                                                   Citizens Bank Center
                                                                   919 North Market Street, Suite 300
                                                                   Wilmington, DE 19899-2323
                                                                   Telephone: (302) 442-7627
                                                                   sliebesman@foxrothschild.com

                                                                  **Liaison Counsel for Lead Plaintiffs**

GLANCY PRONGAY & MURRAY LLP
Brian P. Murray (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
glinkh@glancylaw.com

**Lead Counsel for Lead Plaintiffs**

KRANENBURG
Werner R. Kranenburg (admitted *pro hac vice*)
80-83 Long Lane
London EC1A9ET
United Kingdom
Telephone: +44-20-3174-0365
werner@kranenburgesq.com

THE WAGNER FIRM
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

**Counsel for Lead Plaintiffs**